UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HYEGATE, LLC, ET AL.,

        Petitioners,

    - against -

ASHOT BOGHOSSIAN,

        Respondent.

21-cv-1450 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Clerk issued a Certificate of Default as to Ashot Boghossian on April 28, 2021. ECF No. 17. *By May 21, 2021,* The petitioners should file an Order to Show Cause why the Arbitration Award should not be confirmed in compliance with Section VII of the Individual Practices, available at https://nysd.uscourts.gov/hon-john-g-koeltl.

    SO ORDERED.

Dated:    New York, New York
           May 13, 2021

                                      John G. Koeltl
                                  United States District Judge