UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HYEGATE, LLC, ET AL.,

            Petitioners,      21 cv 1450 (JGK)

  - against -                 ORDER

ASHOT BOGHOSSIAN,

            Respondent.

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 7, 2021 is canceled in view of the currently outstanding Order to Show Cause for a Default Judgment.

    SO ORDERED.

Dated:    New York, New York
          June 4, 2021

                                       John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/04/2021