**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HYEGATE LLC, DAP LLC, and ARAGATS
PERLITE OJSC,

                        Petitioners,                  21 **CIVIL** 1450 (JGK)

             -against-                                **JUDGMENT**

ASHOT BOGHOSSIAN,
                        Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 6, 2021, the petition to confirm the arbitration award is GRANTED and the underlying arbitration award is ordered and confirmed. Judgment is entered confirming the Award in favor of the petitioners and against the respondent, awarding petitioners $354,602.05 in damages and $61,312.50 in arbitration fees, enjoining the respondent from bringing any judicial proceeding against the petitioners concerning the underlying dispute, and requiring the respondent to furnish the petitioners with all documents in the respondent's possession that relate to the petitioners that the respondent obtained or created in the course of his duties owed to the petitioners; accordingly, the case is closed**.**

**Dated**: New York, New York
        July 7, 2021

                                                  **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                      **BY:**    K. Mango
                                                   **Deputy Clerk**