```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

HYEGATE, LLC ET AL.,

                Petitioners,

    - against -

ASHOT BOGHOSSIAN,

                Respondent.

21-cv-1450 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The petitioners filed a motion to enforce a money judgment against the respondent on February 22, 2022. ECF No. 33. The respondent may respond by **March 14, 2022**. The petitioners may reply by **March 21, 2022**.

SO ORDERED.

Dated:    New York, New York
           February 28, 2022

                                        John G. Koeltl
                                    United States District Judge