UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HYEGATE, LLC ET AL.,

              Petitioners,

- against -

ASHOT BOGHOSSIAN,

              Respondent.

21-cv-1450 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The petitioners are directed to submit courtesy copies of the papers filed in connection with their motion to enforce a money judgment. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
            March 24, 2022

                                          */s/ John G. Koeltl*
                                          John G. Koeltl
                                        United States District Judge