UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HYEGATE, LLC ET AL.,

                Petitioners,

    - against -

ASHOT BOGHOSSIAN,

                Respondent.

21-cv-1450 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On March 24, 2022, the Court ordered the petitioners to submit courtesy copies of their papers filed in connection with their motion to enforce a money judgment. ECF No. 36. The petitioners failed to do so. The petitioners are again directed to submit courtesy copies of their papers. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
           April 11, 2022

                                      John G. Koeltl
                              United States District Judge