UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HYEGATE, LLC ET AL.,

            Petitioners,

    - against -

ASHOT BOGHOSSIAN,
            Respondent.

21-cv-1450 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Federal Rule of Civil Procedure 4(h)(1) provides that a corporation served in a judicial district of the United States must be served either in a manner authorized by the laws of the state where the district court is located or where service is made, or by "delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process . . . ." The applicable New York provisions relevant to service of process upon corporations are CPLR §§ 311(a)(1) and 312-a.

    The petitioners should serve the Pacific Stock Transfer Company ("PST") with this Order, the proposed order granting petitioners' motion to enforce the money judgment, the motion to enforce the judgment, and the supporting papers, in accordance with the above provisions. Any response by PST to the motion papers is due seven days after service.

1

The petitioners should file proof of service three days after service.

**SO ORDERED.**

Dated:   New York, New York
        April 21, 2022

                                              John G. Koeltl
                                    United States District Judge