```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
HYEGATE, LLC ET AL.,

              Petitioners,

  - against -

ASHOT BOGHOSSIAN,

              Respondent.

21-cv-1450 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The petitioners' time to serve the Pacific Stock Transfer Company is extended to **May 16, 2022**. The Court will not enforce the petitioners' judgment as requested without such service.

SO ORDERED.

Dated:   New York, New York
            May 3, 2022

                                              John G. Koeltl
                                    United States District Judge