CHIESA SHAHINIAN & GIANTOMASI PC
Eleven Times Square, 34th Floor
New York, NY 10036
212-973-0572
Adam K. Derman, Esq.
Daniel D. Barnes, Esq.
*Attorneys for Hyegate, LLC, and its wholly owned
subsidiaries, DAP, LLC; and Aragats Perlite OJSC*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETITION TO CONFIRM ARBITRATION AWARD DATED JANUARY 11, 2021 | Civil Action No. 1:21-cv-01450 (JGK) <br><br> **ORDER GRANTING PETITIONERS' MOTION TO ENFORCE A MONEY JUDGMENT** |
| HYEGATE, LLC and its wholly owned subsidiaries, DAP, LLC; and ARAGATS PERLITE OJSC, <br><br> Petitioners, <br> vs. <br><br> ASHOT BOGHOSSIAN, a/k/a Ashot Poghosyan, <br><br> Respondent. | |

**THIS MATTER**, having come before the Court on the application of Petitioner Hyegate, and its wholly owned subsidiaries, DAP, LLC; and Aragat Perlite OJSC (collectively "Petitioners"), by and through their attorneys, Chiesa Shahinian Giantomasi PC, Adam K. Derman, Esq. and Daniel D. Barnes, Esq. appearing, for an Order granting Petitioners' Motion to Enforce a Money Judgment against Respondent Ashot Boghossian, a/k/a Ashot Poghosyan ("Respondent"), by which this Court will order Pacific Stock Transfer Company to cancel

Respondent's 7,211 certificated shares in Global Gold Corporation and issue new shares to Petitioner Hyegate, LLC in partial satisfaction of the Judgment previously entered by this Court, and the Court having considered the submissions and arguments of counsel in support of ~~the motion~~ and ~~in opposition to the motion, if any~~ there being no opposition to the motion, and good cause having been shown,

IT IS on this 11 day of May 2022, ORDERED that

1. Petitioners' Motion to Enforce a Money Judgment is GRANTED in its entirety.

2. Pacific Stock Transfer Company is directed to cancel Respondent Ashot Boghossian a/k/a Ashot Poghosyan's 7,211 certificated shares in Global Gold Corporation and issue new shares to Petitioner Hyegate, LLC in partial satisfaction of the Judgment entered by this Court against Respondent, dated July 7, 2021.

_____
Honorable John G. Koeltl

5/11/22

2

4888-0871-0664.v3